**UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| JOSHUA PAYNE,<br>Plaintiff | : | CIVIL ACTION NO.<br>1:23-CV-00269-JKM |
| vs. | : | |
| CORRECTIONAL OFFICER<br>TIMPE, et al.,<br>Defendants | : | JUDGE JULIA K. MUNLEY |

::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::

# ORDER

AND NOW THIS 13th day of October, 2026, upon consideration of the written request of the mediator, it is HEREBY ORDERED and DECREED that the deadline for scheduling and conducting the mediation in this matter is extended to November 13, 2026.

**BY THE COURT:**

s/ Julia K. Munley

**JULIA K. MUNLEY, J.**
UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF
PENNSYLVANIA